IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:08mc141

| | |
|---|---|
| IN RE: REAL PROPERTY LOCATED AT LOTS 215 and 407, SUMMERHOUSE ON EVERETT BAY, ONSLOW COUNTY, NORTH CAROLINA, AS MORE PARTICULARLY DESCRIBED IN DEEDS RECORDED AT BOOK 2767, PAGES 315-316 AND AT BOOK 2937, PAGES 482-484, IN THE ONSLOW COUNTY PUBLIC REGISTRY<br><br>FILE IN GRANTOR INDEX UNDER:<br>Jerry Holmes | **ORDER RELEASING ORDER AND LIS PENDENS** |

THIS MATTER is before the Court on the Government's Motion for Order to Release Order and Lis Pendens.

The Government represents that there is insufficient equity in the subject property to warrant completing forfeiture.

For good cause shown, IT IS THEREFORE ORDERED THAT the Order and Lis Pendens as to the following property in this case is hereby dismissed:

**Real Property located at Lots 215 and 407, Summerhouse on Everett Bay, Onslow County, North Carolina, as more particularly described in deeds recorded at Book 2767, Pages 315-316 and at Book 2937, Pages 482-484, in the Onslow County Public Registry.**

The Government is directed to file a certified copy of this Order Releasing Order and Lis Pendens in the appropriate office of the Register of Deeds or Clerk of Court.

**SO ORDERED**.                    Signed: July 12, 2011

_David S. Cayer_
David S. Cayer
United States Magistrate Judge